**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
MARY CONNER, individually and as the
representative of a class of similarly situated persons,

                 Plaintiff,

Case No.   1:21-cv-3376-WFK-RLM

- against -

POPZUP, LLC,

                 Defendants.
-----------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Mary Conner, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against PopZup, LLC.  No Answer has been filed in this case.

Dated:  Scarsdale, New York
        December 7, 2021

                                    SHAKED LAW GOUP, P.C.
                                    Attorneys for Plaintiff

                                By: */s/Dan Shaked*
                                 Dan Shaked, Esq.
                                 14 Harwood Court, Suite 415
                                 Scarsdale, NY 10583
                                 Tel. (917) 373-9128
                                 Fax (718) 704-7555
                                 e-mail: ShakedLawGroup@Gmail.com

                                       **SO ORDERED.**

                                               s/ WFK

Dated: December 8, 2021
       Brooklyn, New York
                                       HON. WILLIAM F. KUNTZ, II
                                       UNITED STATES DISTRICT JUDGE